USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/8/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
:  Case No. 1:19-cv-01513-ALC
  Plaintiff, :
:
vs. :
:
JOHN DOE subscriber assigned IP address :
74.72.59.88, :
:
  Defendant. :
------------------------------------------------------------X

### ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until August 22, 2019, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 8 day of July, 2019.

By: _____
UNITED STATES DISTRICT JUDGE